```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

| | |
|---|---|
| TERRY L. SOLES,          ) | |
|                       ) | |
|     Plaintiff,    ) | |
|                   ) | CIVIL ACTION NO. |
|   v.              ) | 1:14cv1041-MHT |
|                   ) | (WO) |
| MR. KINGSLEY, et al., ) | |
|                   ) | |
|     Defendants.   ) | |

## JUDGMENT

In accordance with the memorandum opinion entered ON this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(3) This lawsuit is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Fed. R. Civ. P. 12(h)(3).

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of January, 2015.

                                           /s/ Myron H. Thompson\_\_\_\_
                                           UNITED STATES DISTRICT JUDGE